# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 17, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

| Docket Number | Case Name | Calendar Number |
|---|---|---|
| 140296 | Bowens v ARY, Inc | 2 |
| 139505 | Hamed v Wayne County | 4 |
| 140297] | In re Investigative Subpoenas | 7 |
| 140299] | | |
| 140817-24 | Iron Mountain v Naftaly | 6 |
| 139978 | Ligons v Crittenton Hospital | 3 |
| 140814 | Midland Cogeneration v Naftaly | 5 |
| 140514-5 | People v Hailey (Arthur) | 1 |
| 141009 | People v Slaughter (Mark) | 8 |

### _Oral Arguments on Applications_

| | |
|---|---|
| 140683 | Clarke v Richco Construction |
| 140685 | Drake v City of Benton Harbor |
| 140723 | Ferdon v Sterling Performance, Inc. |
| 140510 | People v Bonilla-Machado (Johnny) |
| 140744 | People v Brandt (Terry) |
| 140153 | People v Breidenbach (Anthony) |
| 139833 | People v Jones (John) |
| 140422 | People v McCauley (Dedrick) |
| 140193 | Plunkett v Dept of Trans |
| 140322 | Pollard v Suburban Mobility Authority |

On order of the Court, on the Court's own motion, the oral argument of these cases is ADJOURNED. The Clerk is directed to place these cases on the January 2011 Session Calendar for argument and submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2010

_____
Clerk